# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: Johns Manville Corporation

24-402 C

Location of Plaintiff(s)/Petitioner(s) (city/state): Denver, Colorado

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Shane G. Ramsey
Firm Name: Nelson Mullins Riley & Scarborough LLP

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 1222 Demonbreun Street, Suite 1700
City-State-ZIP: Nashville, TN 37203
Telephone Number: 615-664-5355
E-mail Address: shane.ramsey@nelsonmullins.com

Is the attorney of record admitted to the Court of Federal Claims Bar? ✔ Yes ☐ No

---

Nature of Suit Code: 528
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: DOJ
Number of Claims Involved: 1

Amount Claimed: $ 2,568,982.00
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ _____
Is plaintiff a small business? ☐ Yes ☐ No
Was this action proceeded by the filing of a protest before the GAO? ☐ Yes ☐ No   Solicitation No. _____
If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed case(s) in the United States Court of Federal Claims? ☐ Yes ✔ No  If yes, you are required to file a separate notice of directly related case(s). See RCRC 40.2.

189